IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NANCY L. HAASE, | ) | 8:10CV218 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MIDWEST MAINTENANCE CO., | ) | |
| and TOM REYES, V.P., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Defendants' Motion to Strike. (Filing No. 7.) In their Motion, Defendants state that filings nos. 4, 5, and 6 in this matter were filed in error. (*Id.*) For good cause shown, the Motion is granted.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion to Strike (filing no. 7) is granted.

2. The Clerk of the court is directed to strike filing nos. 4, 5, and 6 from the record in this matter.

DATED this 27th day of July, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge