IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NANCY L. HAASE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV218 |
| | ) | |
| v. | ) | |
| | ) | |
| MIDWEST MAINTENANCE CO., | ) | **MEMORANDUM** |
| and TOM REYES, V.P., | ) | **AND ORDER** |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Stipulation for Dismissal With Prejudice. (Filing No. 21.) The parties have stipulated and agreed to dismissal with prejudice. The court accepts the Joint Stipulation.

IT IS THEREFORE ORDERED that:

1. In accordance with the parties' Joint Stipulation for Dismissal With Prejudice, this matter is dismissed with prejudice.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 30th day of November, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge